UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JANET P. CHILDS,<br>    Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA, et al.,<br>    Defendants. | No. 3:04-CV-543<br>Phillips |

## MEMORANDUM OPINION

The complaint in this matter was filed by plaintiff on November 15, 2004. No activity has occurred since the filing of the complaint. Plaintiff was **DIRECTED** to **SHOW CAUSE** in writing on or before **April 28, 2006,** why this action should not be dismissed for failure to prosecute. Plaintiff has failed to respond to the court's order, indicating to the undersigned that plaintiff has no interest in prosecuting this action. Accordingly, this matter will be dismissed for failure to prosecute.

      **ENTER:**

          s/ Thomas W. Phillips
          United States District Judge